# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Afghan Royal First Logistics, Co. | )   ASBCA Nos. 58460, 59299 |
| | ) |
| Under Contract No. W91B4M-11-C-4035 | ) |

APPEARANCE FOR THE APPELLANT:    Michael B. Dye, Esq.
        Counsel

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
        Army Chief Trial Attorney
        Evan C. Williams, Esq.
        CPT Meghan E. Mahaney, JA
        Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 7 November 2016

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58460, 59299, Appeals of Afghan Royal First Logistics, Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals